UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Michael J. Szymanski

Debtor(s).

Case No. 09-32472
Chapter 7
Trustee:

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION ____ REOPENING: Yes ____ No ____ CONVERSION(13 to 7)  Yes ____ No ____
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A ____ B ____ C  XX  D ____ E ____ F  XX  G ____ H ____ I ____ J ____
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing  XX  Adding ____  ($26.00 amendment fee required for D, E, & F; OR ___ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: _____
4. STATEMENT OF AFFAIRS: _____
5. AMENDED CHAPTER 13 PLAN: _____

If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached ____  N/A  XX

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.
No fee attached _____
Reason no fee is attached _____

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

/s/ Michael J. Szymanski          June 5, 2012
Michael J. Szymanski              Date
Debtor

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes  X   No ___

6/7/12

George B. Hofmann
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

N/A   341 Notice to creditors added by this amendment.
N/A   Discharge Notice to creditors added by this amendment.
N/A   Amended Chapter 13 Plan to all creditors.

June 5, 2012
DATED

/s/ George B. Hofmann
George B. Hofmann
ATTORNEY FOR DEBTOR(S)

B6C (Official Form 6C) (12/07)

In re   **Michael J. Szymanski**                                         Case No.   **09-32472**
                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Wearing Apparel** | | | |
| **Wearing apparel** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Stock and Interests in Businesses** | | | |
| **MS Investing, LLC (41.7% interest)** | **11 U.S.C. § 522(d)(5)** | 11,975.00 | 14,254.31 |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer, printer and office supplies** | **11 USC § 522(d)(6)** | 600.00 | 600.00 |

Total:  **13,075.00**    **15,354.31**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

| In re | Michael J. Szymanski | | Case No. | 09-32472 |
|---|---|---|---|---|
| | Debtor(s) | | | |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| MS Investing, LLC (41.7% interest) | 11 U.S.C. § 522(d)(5) | 11,200.00 | 14,254.31 |
| | Total: | 11,200.00 | 14,254.31 |

Schedule of Property Claimed as Exempt consists of 1 total page(s)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy