George Hofmann (10005)
**Parsons Kinghorn Harris**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 09-32472 (JTM) |
|---|---|
| MICHAEL SZYMANSKI, | Chapter 7 |
| Debtor. | |

## STIPULATION CONCERNING TURNOVER AND REQUEST FOR ABANDONMENT AND NOTICE OF ABANDONMENT

Michael Szymanski (the "Debtor"), and Duane H. Gillman (the "Trustee"), in his capacity as Chapter 7 trustee of the Debtor's bankruptcy estate, hereby stipulate and agree as follows:

1.  On or before August 8, 2012, the Debtor shall turnover to the Trustee the amount of his 2007 tax refund ($1,280), the balance on hand in his Zions Bank account as of his bankruptcy petition date ($233.75), plus ($1,139.66) for his interest in MS Investing, for a total amount to be turned over of $2,653.41.

2. The Debtor hereby requests that the Trustee abandon and execute the attached Notice of Abandonment.

3. Description of Property: Debtor's unpaid loan to Valerie Chandler (face amount $2,500, likely actual value, $0); Debtor's unpaid loan to Jerry Carlson (face amount $5,000, likely actual value, $0); Debtor's unpaid loan to Teri Ferrara (face amount $5,000, likely actual value, $0); Debtor's interest in US Auction Partners (unknown value [illiquid disorganized partnership with an investment in MS Investing from the 1990s]); and the Debtor's potential claim against AmeriCorps. The valuation is based upon the Debtor's current assessment of this property.

4. This property is not subject to any creditor's security interest.

5. The above information is true and correct to the best of my knowledge.

DATED this 20th day of July 2012.

_____
Michael J. Szymanski

## NOTICE OF ABANDONMENT

Pursuant to 11 U.S.C. § 554, I have found the above described property to be burdensome to the estate, or of inconsequential value to the estate. I have given notice of my intent to abandon such property during the meeting of creditors, and there being no objection, or request for hearing, the trustee hereby abandons any interest the estate may have in the described property.

Dated: July 20, 2012

Trustee: _____
Duane H. Gillman

{00145669.DOC / 2 }
SLC_1170972.1

3