# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION

In re: SZYMANSKI, MICHAEL J. § Case No. 09-32472
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Duane H. Gillman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,013,100.00          Assets Exempt: $12,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00       Claims Discharged
                                             Without Payment: $1,460,857.96

Total Expenses of Administration: $2,653.41

3) Total gross receipts of $ 2,653.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,653.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,572,213.35 | $824.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,596.49 | 4,596.49 | 2,653.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,282,827.64 | 390,428.75 | 390,428.75 | 0.00 |
| **TOTAL DISBURSEMENTS** | $6,855,040.99 | $395,849.49 | $395,025.24 | $2,653.41 |

4) This case was originally filed under Chapter 7 on November 09, 2009. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/30/2013           By: /s/Duane H. Gillman
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account - Zions Bank | 1129-000 | 233.75 |
| 2007 Tax refund | 1129-000 | 1,280.00 |
| Interest in MS Investing LLC | 1129-000 | 1,139.66 |
| **TOTAL GROSS RECEIPTS** | | **$2,653.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Wailea Kialoa Homesites Association | 4210-000 | 785.00 | 824.25 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 411,428.35 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Service | 4110-000 | 2,200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 1,900,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loans | 4110-000 | 1,060,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,572,213.35** | **$824.25** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Duane H. Gillman, Chapter 7 Trustee | 2100-000 | N/A | 663.35 | 663.35 | 374.45 |
| Durham Jones & Pinegar | 3110-000 | N/A | 3,661.50 | 3,661.50 | 2,066.83 |
| Durham Jones & Pinegar | 3120-000 | N/A | 136.64 | 136.64 | 77.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,596.49 | $4,596.49 | $2,653.41 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Central Pacific Bank | 7100-000 | 119,987.50 | 121,009.76 | 121,009.76 | 0.00 |
| 2 | Questar Gas Company | 7100-000 | 438.19 | 438.05 | 438.05 | 0.00 |
| 3 | Wailea Resort Company, Ltd. | 7100-000 | 20,516.00 | 196,658.48 | 196,658.48 | 0.00 |
| 4 | American Savings Bank FSB | 7100-000 | 52,980.93 | 53,308.86 | 53,308.86 | 0.00 |
| 5 | Maui Electric Co., Ltd. | 7100-000 | 518.29 | 874.22 | 874.22 | 0.00 |
| 6 | Pacificorp dba Rocky Mountain Power dba Pacific | 7100-000 | 235.93 | 228.64 | 228.64 | 0.00 |
| 7 | County of Maui- Department of Water Supply | 7100-000 | 458.00 | 510.35 | 510.35 | 0.00 |
| 8 | Manwill Plumbing and Heating | 7100-000 | 185.00 | 257.68 | 257.68 | 0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | N/A | 64.12 | 64.12 | 0.00 |
| 11 | American Express Bank, FSB | 7100-000 | 17,078.59 | 17,078.59 | 17,078.59 | 0.00 |
| NOTFILED | Pool Pro, Inc. | 7100-000 | 302.08 | N/A | N/A | 0.00 |
| NOTFILED | Manwill Plumbing & Heating Inc. | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Parr Brown Gee & Loveless | 7100-000 | 1,851.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Collections c/o Newspaper Agency Corpor | 7100-000 | 26.90 | N/A | N/A | 0.00 |
| NOTFILED | Gorgoza Water Company | 7100-000 | 1,116.39 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Phil Brown | 7100-000 | 10,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Oceanic Time Warner Cable | 7100-000 | 200.96 | N/A | N/A | 0.00 |
| NOTFILED | Maui Electric Co., Ltd. | 7100-000 | 518.29 | N/A | N/A | 0.00 |
| NOTFILED | Preston Gates Ellis | 7100-000 | 156,208.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Businessline | 7100-000 | 123,642.15 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Servicing Center MAC Q2132-013 | 7100-000 | 76,919.35 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Services | 7100-000 | 20,326.53 | N/A | N/A | 0.00 |
| NOTFILED | Wailea Resort Company, Ltd. | 7100-000 | 196,658.00 | N/A | N/A | 0.00 |
| NOTFILED | Wailea Community Association | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wailea Pualani Estates c/o Hawaiiana Management Co | 7100-000 | 241.13 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Performance c/o MCI | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | Wailea Community Association | 7100-000 | 545.81 | N/A | N/A | 0.00 |
| NOTFILED | RotoRooter | 7100-000 | 826.56 | N/A | N/A | 0.00 |
| NOTFILED | First Mutual Bank | 7100-000 | 77,169.09 | N/A | N/A | 0.00 |
| NOTFILED | Oceanic Time Warner Cable | 7100-000 | 200.96 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First Equity Card Corp. | 7100-000 | 9,071.05 | N/A | N/A | 0.00 |
| NOTFILED | Bobbie Richardson | 7100-000 | 194,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward A. Jaffe | 7100-000 | 6,083.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 69,004.12 | N/A | N/A | 0.00 |
| NOTFILED | Bays Deaver Lung Rose Holma | 7100-000 | 10,204.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 50,239.98 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Collections c/o Newspaper Agency Corpor | 7100-000 | 26.90 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 48,688.93 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Phil Brown | 7100-000 | 15,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Enchanced Recovery Corporation c/o Wells Fargo | 7100-000 | 591.03 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,282,827.64** | **$390,428.75** | **$390,428.75** | **$0.00** |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-32472  
**Case Name:** SZYMANSKI, MICHAEL J.

**Period Ending:** 05/30/13

**Trustee:** (640020) Duane H. Gillman, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/09/09 (f)  
**§341(a) Meeting Date:** 12/17/09  
**Claims Bar Date:** 11/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1　Real Property - 345 Kualono Place | 1,100,000.00 | 0.00 | OA | 0.00 | FA |
| 2　Real Property - 176 Heleuma Place | 900,000.00 | 0.00 | OA | 0.00 | FA |
| 3　Bank Account - Zions Bank<br>　　After review of bank statements | 28.00 | 233.75 | | 233.75 | FA |
| 4　Household Goods<br>　　Property is of inconsequential value or benefit to the estate. | 4,350.00 | 0.00 | | 0.00 | FA |
| 5　Books, etc | 150.00 | 0.00 | | 0.00 | FA |
| 6　Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7　Interest in MS Investments<br>　　See asset #17. | Unknown | 0.00 | | 0.00 | FA |
| 8　Interest in US Auction Partners<br>　　See Stipulation & Notice of Intent to Abandon. | Unknown | 0.00 | | 0.00 | FA |
| 9　Unpaid Loan to Valerie Chandler<br>　　See Stipulation & Notice of Intent to Abandon. | 2,500.00 | 800.00 | | 0.00 | FA |
| 10　Unpaid Loan to Jerry Carlson<br>　　See Stipulation & Notice of Intent to Abandon. | 5,000.00 | 0.00 | | 0.00 | FA |
| 11　Potential Claim Against Americorp<br>　　See Stipulation & Notice of Intent to Abandon. | Unknown | 0.00 | | 0.00 | FA |
| 12　Office Equipment | 600.00 | 0.00 | | 0.00 | FA |
| 13　2007 Tax refund<br>　　Added by amendment filed 12/16/09. | 0.00 | 1,280.00 | | 1,280.00 | FA |
| 14　Unpaid Loan to Teri Ferrara (u)<br>　　See Stipulation & Notice of Intent to Abandon. | 0.00 | 5,000.00 | | 0.00 | FA |
| 15　Funds held by 2nd District Court of Hawaii (u)<br>　　Added by Amendment filed 12/16/09. Trustee determined asset to be burdensome. | 0.00 | 53,000.00 | OA | 0.00 | FA |
| 16　Deposit with State of Washington (u)<br>　　Added by amendment filed 2/5/2010. | 0.00 | 50.00 | | 0.00 | FA |
| 17　Interest in MS Investing LLC<br>　　Added by amendment filed 2/5/2010. Amount is per the agreed Stipulation. | 0.00 | 1,139.66 | | 1,139.66 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-32472  
**Case Name:** SZYMANSKI, MICHAEL J.  

**Trustee:** (640020) Duane H. Gillman, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/09/09 (f)  
**§341(a) Meeting Date:** 12/17/09  

**Period Ending:** 05/30/13  
**Claims Bar Date:** 11/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 18   2007 Federal Tax Refund (u)<br>        Duplicate, see asset #13 | 0.00 | Unknown |  | 0.00 | FA |
| **18   Assets   Totals** (Excluding unknown values) | **$2,013,128.00** | **$61,503.41** |  | **$2,653.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 31, 2011        **Current Projected Date Of Final Report (TFR):**   February 6, 2013  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-32472 | | Trustee: | Duane H. Gillman, Chapter 7 Trustee (640020) |
|---|---|---|---|---|
| Case Name: | SZYMANSKI, MICHAEL J. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-65937768-66 - Checking Account |
| Taxpayer ID #: | 38-7050633 | | Blanket Bond: | $84,384,262.00   (per case limit) |
| Period Ending: | 05/30/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/10/12 | | Michael Szymanski | | | | 2,653.41 | | 2,653.41 |
| | {3} | | turnover of bank account funds | 233.75 | 1129-000 | | | 2,653.41 |
| | {13} | | turnover of tax refund | 1,280.00 | 1129-000 | | | 2,653.41 |
| | {17} | | turnover of interest in MS Investing LLC | 1,139.66 | 1129-000 | | | 2,653.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,628.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,603.41 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,578.41 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,553.41 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,528.41 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001064002088 20130117 | | 9999-000 | | 2,528.41 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 2,653.41 | 2,653.41 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,528.41 | |
| **Subtotal** | **2,653.41** | **125.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,653.41** | **$125.00** | |

{} Asset reference(s)

Printed: 05/30/2013 04:49 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-32472  
**Case Name:** SZYMANSKI, MICHAEL J.  
**Taxpayer ID #:** 38-7050633  
**Period Ending:** 05/30/13  

**Trustee:** Duane H. Gillman, Chapter 7 Trustee (640020)  
**Bank Name:** Rabobank, N.A.  
**Account:** 5004449866 - Checking Account  
**Blanket Bond:** $84,384,262.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,528.41 | | 2,528.41 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,518.41 |
| 04/16/13 | 10101 | Duane H. Gillman, Chapter 7 Trustee | Dividend paid 56.44% on $663.35, Trustee Compensation; Reference: | 2100-000 | | 374.45 | 2,143.96 |
| 04/16/13 | 10102 | Durham Jones & Pinegar | Combined Check for Claims#DJPFEES,DJPEXPEN | | | 2,143.96 | 0.00 |
| | | | Dividend paid 56.44%  2,066.83 on $3,661.50;  Claim# DJPFEES; Filed: $3,661.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 56.44%  77.13 on $136.64;  Claim# DJPEXPEN; Filed: $136.64 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **2,528.41** | **2,528.41** | **$0.00** |
| Less: Bank Transfers | | 2,528.41 | 0.00 | |
| **Subtotal** | | **0.00** | **2,528.41** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$2,528.41** | |

Net Receipts :     2,653.41  
Net Estate :        $2,653.41  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-65937768-66** | 2,653.41 | 125.00 | 0.00 |
| **Checking # 5004449866** | 0.00 | 2,528.41 | 0.00 |
| | **$2,653.41** | **$2,653.41** | **$0.00** |

{} Asset reference(s)

Printed: 05/30/2013 04:49 PM    V.13.13